UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       Criminal No. 13-20203-2

      v.

                                           Hon. George Caram Steeh

DESHONNA COLEMAN-PETERSON,

       Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO AMEND JUDGMENT

      Defendant requests the Court amend its Judgment entered on August 21, 2014, Doc. 75, to include a recommendation that she be admitted to the BOP Residential Drug Treatment Program of the Bureau of Prisons. Contrary to the facts agreed upon at sentencing, Defendant now claims she has a substance abuse problem requiring treatment.

      The Court will deny this request for such a recommendation so that prison officials can better evaluate the defendant's suitability for admission to the program.

      IT IS SO ORDERED.

Dated: September 26, 2014

                                                        s/George Caram Steeh
                                                        GEORGE CARAM STEEH
                                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 26, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk